[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Jordan Jalil Curry

**RECEIVED**

OCT 14 2022   MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Department of Corrections, Cook County department of Corrections Cermak, John Doe Doctor, Jane-Doe Nurse Individually and in their official Capacities

Case No: _____
(To be supplied by the Clerk of this Court)

Jordan Jalil Curry
22-cv-5679
Judge Edmond E. Chang
Magistrate Judge Susan E. Cox
PC 2
RANDOM

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Jordan Jalel Curry

   B. List all aliases: Jordan Allen

   C. Prisoner identification number: 20191118164

   D. Place of present confinement: Cook County department of Corrections

   E. Address: 2700 S California Ave Chicago IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: John Doe

      Title: Doctor

      Place of Employment: Cook County Department of Corrections Div 9 Medical

   B. Defendant: Jane Doe

      Title: Nurse

      Place of Employment: Cook County Department of Corrections Div 9 Nurse

   C. Defendant: Cook County department of corrections Cermak

      Title: Cermak Health Services

      Place of Employment: Cook County department of Corrections

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

2.5 Jordan Curry #20191118164

## Plaintiff

A. Name: Jordan Jolei Curry
B. List All aliases: Jordan Allen
C. Prisoner Identification Number: 20191118164
D. Place of Present Confinement: Cook County department of Corrections
E. Address: 2700 S California Ave Chicago IL 60608

## Defendant(s)

D)
Defendant: Cook County department of Corrections
title: Cook County department of Corrections
Place of Employment: Cook County department of Corrections

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

In the month of November 2020, I noticed dark "Purple ish Spots" as I would describe them forming on my left inner thigh, So I began dropping (Turning in) Medical slips to see the Doctor, I filled theses forms out for weeks before I was finally seen by an IDV 9 Nurse #1, I do not know her Name but (She's an older lady, talks with an accent, Brown skin, short hair in Afro Style) I believe she's African or Jamaican. She asked Me whats my Medical Concern, I quickly told her that "Purple ish Spots" were forming on My left inner thigh and they Itch and Hurt, She told me let her see, this Jane Doe IDV 9 Nurse #1 stood Approximately 9 feet away from me and took a quick Look at the spots and handed me the Anti-fugus Cream she Already had in her hand, She instructed me to use the Anti-fugus Cream Every day after I shower and let it air Dry Before putting on my DOC pants, I followed her Instruction's for two weeks with No sign's of the Spots Clearing up, So I filled out another Medical slip to see the IDV 9 Doctor after weeks of filling out medical forms and Complaining to SGts and Nurses during Med Call, I was seen again by the Same Jane Doe IDV 9 Nurse #1, I explained to her I did what She told me and there's No Sign of the Spots getting better, She look around in Her Medical Cart and Pulled out a Small tube of Hydrocrotozone Cream, She tells me to use it Everyday

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

After I shower and let it are dry before putting my pants on, again I did as I was instructed to do, and again nothing happened so I filled out another medical slip to see the Div 9 Doctor, they ran sick call every other day but I was never called, so I complained again to the Nurses at Sick Call, to my Tier Officer's and the Sgts (white shirts) when they would make there rounds, then I was seen by Div-9-Nurse Muhammad, I explained to her that theses Spots are spreading and they itch and burn and leaks a clear puss sometimes Div-9-Nurse Muhammad put her gloves on and took a look and put her gloves on and felt the spots, she told me that theses spots are not a rash and she would put me in to see the Div 9 Doctor as soon as possible, as I wait to see the Doctor the days turns to weeks and I was in constant pain and discomfort daily, I would ask the Nurse for pain pills and be denied because I had to see the doctor before they could give me any pain medication during this waiting period to see the Div 9 Doctor theses dark (purple ish) spots started to spread and become larger and turn into something like a scab, so I began filling out medical health forms again, after being ignored again, I wrote a detailed Inmate Grievance form on 07/21/21 Explaining my health issue and my frustrations with Div 9 medical staff, after my grievance was filed a few days later I was seen by the John Doe Div 9 Doctor (Caucasian Male, late 40's or early 50's wears glasses, dark colored hair with strings of grey), This John Doe Div 9 Doctor took a look at my thigh and then took the device from the wall that doctors use to look in people ear's and looked at the dark purple ish colored

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:22-cv-05679 Document #: 1 Filed: 10/14/22 Page 7 of 12 PageID #:7

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Spots again, he placed the device back on the wall and said, Well I can tell you this is Not A rash and Im actually curious, to find out what this is, I said well do can you test me for cancer and diabets, they Run on both sides of my family and this have me worried. John Doe Dev 9 Doctor Replied No Im Not going to waste my time because Im 100 percent sure thats Not the problem. But Im going to order you A New Cream to try, lets see does this help before sending you out to "John H. Stroger, Jr. Hospital of Cook county" the cream he ordered me is called (Treamcinolone Acetonide Ointment USP. 0.1% Net Lot 15g Perrego this John doe doctor told me if the cream does Not work, he would Put me in to see A Skin doctor at John H Stroger Jr. Hospital of Cook county, he Instructed me to use the Cream Everyday after I shower and Whenever I feel it dry, I did as I was Instructed again Nothing happened so I began filling out more medical slips to see the Dev-9-John Doe Doctor again this time he took another look and told me keep using the Treamcinolone Acetonide Ointment, I did and then on 6/28/21 I wrote another Inmate Grievance form Explaining how I have been filling out Medical Slips Since Nov 2020 about theses dark colored (Purpleish) spots on my left Inner thigh and I was told I would see A Doctor (Skin Doctor) at John H. Stroger Jr.

PAGE 6

J Curry #2019118164

Revised 9/2007

Hospital of Cook County but the Problem is that was months ago and I still havent been By A Professional At John H Stroger Jr Hospital Of Cook County to find out what these spots Are. I Also State that Since Dr a Doctor (John Doe) or Nurses Cannot figure out What these spots Are and Im Still Waiting to See Someone I feel as My Health is being jeopardy, because these Spots Could be Skin Cancer or Something of that Nature, I repeatedly filled out medical forms again and Complained to the Nurses, and Writeshorts then again on 8/19/21 I Wrote another Grievance Stating I have been filling out medical Slips for Almost a year about Dark Colored Spots on my leg, I Explained These Spots Bleed and Puss Comes out, they Are hard and the Doctor and 2 Nurses agree Its Not A rash and that I had A Appointment Scheduled for Sometime in July 2021 but I was Not transported or Notified Why I was Not transported over to John H Stroger Jr Hospital. I Also Stated that the Cream I was given does Not Work and Im in Pain Every day and Need Help. A few days later on 8/26/21 7 to 3 Shift I was transported to John H Stroger Jr Hospital around 11 Am, I Sat Blue Boxed and Shackled and Cold in the Bullpen in the Basement of the Hospital for Hours before being told that My Clinic was going to reschedule me, because they Close in 30 mintues and they dont have anyone to take me up Stairs to my Clinic, I Spoke With (Sgt Crook or Cook) "He Said they only had 1 team to transport the 25 Detainee's they had Scheduled that day to there Clinic's." He Also States that He Sends Emails Over to Cermak telling them they Need to Assign more people to transport

7

Revised 9/2007

J Curry #20191118164    PAGe 7

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Statement of Claim   Page 8   J. Curry   20191118164

Detainee's to and from their Clinic's on time, and they still over Schedule detainees Eachday without Enough Officers to transport them up and down the Stairs. So this results in a Bunch of time wasted. I recieved a response from LT Lucas (Cermak) on 9/15/21 the response said " Ex-opps handles being Escorted to from and during visits to Stroger's (John H Stroger, Jr. Hospital of Cook County) this request will be forwarded to them for further review. I respectfully appealed and said "this keeps happening you Guys are Something to many Detainee's over Their without Enough Staff, My appeal was denied on 9/23/21 the reason states " After 2nd review your Unable to Substain allegations however Exops Supt will be advised of your Grievanced Issue. My Next appointment, I was actually Transported to the Dermatology Unit (4th floor) at John H Stroger, Jr. Hospital of Cook County, A lady took a look at theses Dark Colored Spots then, took out a little tool that was Shaped like A tube, and quick pressed it on the largest and darkest spots and Pressed down, the tool took a sample of the spots, she filled the hole were the sample came from with foam and Placed an Band Aid over It, she told me that she was going to send the sample to the Lab for Testing, she also took pictures and uploaded them to my medical file, she told me I would have a appointment in a couple of weeks. A couple of weeks later on 10/22/21 I was transported back to the Dermatology Unit, the lady who took the same along with a Male doctor told me after looking closely They Narrowed it down to A couple of things but Nothing makes sense but It being (Lichen Striatus), They said It could be my Skin is Allergic to Something In my Enviorment or Something I'm Eating or A medication I'm taking, I asked them to do A Second Test but I still havent Heard Anything, when I returned back to Cook county Cermak Div 8 that Day, I was Seen By A Black older female doctor, who I asked for A Second opinion she told me I would have to tell the Doctor In my Div, when I was finally Called to see John Doe Div 9 Doctor again, I told him about my visit at Stroger's and asked him for A

Statement of Claim PAGe 9 J. Curry 20191118164

Referral to get another opinion, John Doe Div Doctor Stated "No you got your answer I will Not be sending you back out wasting County money", I then stated I did Not have theses problems before coming to Div 9 and being Stripped of my Cotton Blanket, He told me that He was Not Sending me out and He bet 98 percent of men In Cook County would prefer a Cotton Blanket over Wool and that Its Not his Job to Get me A Cotton Blanket, I explained to him what I was told and he told me Your Not Allergic to Wool because I would be Allergic to my own Skin. To this Date I have yet Got A Second opinion on theses Dark (purpleish) Spots on my thigh.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Moetery compensation two million dollars. better treatment (Medical) for Present and future Detornee's at CCDOC. Simple basic rights and Services for those Detorned the right to be treated fairly and the right to get a second opinion by a different Doctor, and to be treated (cared for) on a timely manner and an outside agency put in Place to Hold CCDOC accountable for All of their actions

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 7th day of October, 20 22

_Jordan Curry_
(Signature of plaintiff or plaintiffs)

Jordan Jalal Curry
(Print name)

201911181104
(I.D. Number)

2700 S, California Ave Chicago IL 60608
(Address)



Jordan Curry #2019 1118164
20191118164
Div-11-CJ-209
2700 S. California Ave
Chicago IL 60608



Prisoner Correspondent, United States
District Court, 219 S. Dearborn Street 20th Floor
Chicago IL 60604